THE PEOPLE, ex rel. THE NEW YORK AND HARLEM RAILROAD COMPANY, Respondent, *v.* THE COMMISSIONERS OF TAXES AND ASSESSMENTS OF THE CITY AND COUNTY OF NEW YORK, Appellant.

THE SAME, Respondents, *v.* THE SAME, Appellant.

THESE cases presented the same question and were argued and decided with *People, ex rel.* v. *Comm'rs* (*ante,* p. 322).